R. JASON READ, State Bar No. 117561
ELISE O'BRIEN, State Bar No.245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
Jason@rjlaw.com
Elise@rjlaw.com

Attorneys for Plaintiff
MM, USA, INC.

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MM, USA, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>RI. PI. RAM, INC., a Nevada corporation; ALVARO RAMIREZ, an individual; RAUL A. RAMIREZ, an individual; JOHN RIVERA, an individual; MANUEL RICHARD PINON, an individual,<br><br>Defendants. | CASE NO.  09-cv-8629 RGK (VBKx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS RI. PI. RAM, INC. and RAUL RAMIREZ, JOINTLY AND SEVERALLY |

Having read and considered the Parties' Stipulation For Entry Of Judgment Against Defendants RI. PI. RAM, INC. and RAUL A. RAMIREZ, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff MM, USA, INC. and against Defendants RI. PI. RAM, INC. and RAUL A. RAMIREZ, jointly and severally, in the total amount of $186,013.07 (itemized as $148,967.27 in principal, plus $12,500 in

1

1  attorney's fees, $350.00 in costs, and $24,195.80 in finance charges calculated at the
2  annual rate of 18% from the date each payment became due ~~invoice became due~~ through
3  April 21, 2010), and all of which qualifies for trust protection under the trust provisions
4  of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*].

5  Plaintiff is further entitled to receive post-judgment interest at the rate of 18% per
6  annum on all unpaid principal sums due under this judgment ~~in~~ until fully paid.

7  The Clerk shall enter judgment forthwith.

10  THIS ORDER IS ISSUED April 28, 2010

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE