R. JASON READ, State Bar No. 117561
ELISE O'BRIEN, State Bar No.245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
Jason@rjlaw.com
Elise@rjlaw.com

Attorneys for Plaintiff
MM, USA, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MM, USA, INC., a corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RI. PI. RAM, INC., a Nevada corporation; ALVARO RAMIREZ, an individual; RAUL A. RAMIREZ, an individual; JOHN RIVERA, an individual; MANUEL RICHARD PINON, an individual,<br><br>　　　　　　Defendants. | CASE NO.  09-cv-8629 RGK (VBKx)<br><br>[**PROPOSED**] JUDGMENT AGAINST DEFENDANTS MANUEL PINON AND JOHN RIVERA, JOINTLY AND SEVERALLY |

　　　　JUDGMENT IS HEREBY ENTERED in favor of Plaintiff MM, USA, INC. and against Defendants MANUEL PINON and JOHN RIVERA, who by this Judgment shall be jointly and severally liable along with Judgment Debtors and co-Defendants RI. PI. RAM, INC., and RAUL A. RAMIREZ, for the Judgment entered by this Court on April 29, 2010, in the total amount of $186,013.07 (itemized as $148,967.27 in principal, plus $12,500 in attorney's fees, $350.00 in costs, and $24,195.80 in finance charges calculated

at the annual rate of 18% from the date each payment became due through April 21, 2010), all of which qualifies for trust protection under the trust provisions of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*].

Plaintiff is further entitled to receive post-judgment interest at the rate of 18% per annum on all unpaid principal sums due under this judgment in until fully paid.

The Clerk shall enter judgment forthwith.

Dated: July 08, 2010

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953